IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    13-cv-02722-AP

MAGDELINE B. BERUMEN,
    Plaintiff,

    v.

CAROLYN W. COLVIN,
    Acting Commissioner of Social Security,
    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.      APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    Michael W. Seckar
    402 W. 12th Street
    Pueblo, CO 81003
    719-543-8636
    719-543-8403 (facsimile)
    seckarlaw@mindspring.com

    For Defendant:
    John F. Walsh
    United States Attorney

    J. Benedict García
    Assistant United States Attorney
    United States Attorney's Office
    J.B.Garcia@usdoj.gov

    David I. Blower
    DAVID I. BLOWER
    Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    1961 Stout Street, Suite 4169
    Denver, CO 80294-4003
    303-844-1571
    303-844-0770 (facsimile)
    David.blower@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction under the Social Security Act, 42 U.S.C. §§ 405(g), 1383(c)(3).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed:  October 4, 2013**

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:  November 21, 2013**

    **C.**    **Date Answer and Administrative Record Were Filed:  January 21, 2014**

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.    OTHER MATTERS**

This case is an appeal from a decision issued on remand.  The case was previously remanded by Senior Judge John L. Kane.  The case number was 11-cv-2591-AP (D. Colo.).

**8.    BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due:**    **March 24, 2014**

    **B.**    **Defendant's Response Brief Due:**    **April 23, 2014**

    **C.**    **Plaintiff's Reply Brief (If Any) Due:**  **May 8, 2014**

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    **A.     Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.     Defendant's Statement:** Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    **A.     (  )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.     ( X )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 11th day of February, 2014.

        BY THE COURT:

        *s/John L. Kane*
        U.S. DISTRICT COURT JUDGE

APPROVED:

                                            UNITED STATES ATTORNEY
                                            John F. Walsh
                                            United States Attorney

s/ Michael W. Seckar                 By: s/ David I. Blower
402 W. 12th Street                    Special Assistant U.S. Attorney
Pueblo, CO 81003                   1961 Stout St., Suite 4169
719-543-8636                         Denver, CO 80294-4003
719-543-8403 (facsimile)          303-844-1571
seckarlaw@mindspring.com       303-844-0770 (facsimile)
                                            david.blower@ssa.gov

Attorney for Plaintiff

                                            Attorneys for Defendant